# UNITED STATES DISTRICT COURT
для the
Southern District of Illinois

__DARREN CLARENCE SCHROEDER__

Plaintiff/Petitioner(s)

ILLINOIS DEPT OF CHILDREN AND FAMILY SERVICES; JAN JOHNSON; CAITLYN FIELLO SCHWARTZ; JUDGE PATRICIA KIEVLAN; STACY CAMPBELL; JUDGE JULIE KATZ GUMNIC; KAHALAH CLAY; ST. CLAIR COUNTY IL. CIRCUIT CLERKS OFFICE

Defendant/Respondent(s)

Case Number: 18-3-MJR
(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

I. JURISDICTION

Plaintiff: DARREN CLARENCE SCHROEDER

A. Plaintiff's mailing address, register number, and present place of confinement: DARREN CLARENCE SCHROEDER #Y14479 c/o GRAHAM CORRECTIONAL CENTER 12078 ILLINOIS ROUTE 185 HILLSBORO, IL 62049

Defendant #1: ILLINOIS DEPARTMENT OF

B. Defendant CHILDREN AND FAMILY SERVICES is employed as
(a) (Name of First Defendant)

STATE PUBLIC ASSISTANCE PROVIDER
(b) (Position/Title)

with 225 NORTH 9TH ST.
(c) (Employer's Name and Address)

EAST ST. LOUIS, IL 62201

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:

PROVIDES ILLINOIS RESIDENTS WITH PUBLIC AID. STATE OF ILLINOIS CHILD WELFARE SERVICES

(Rev. 7/2010)

1

Defendant #2:

C. Defendant **JAN JOHNSON** is employed as

(Name of Second Defendant)

**CASEWORKER**

(Position/Title)

with **225 NORTH 9TH ST.**

(Employer's Name and Address)

**EAST ST. LOUIS, IL 62201**

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

**CHILD WELFARE CASEWORKER FOR THE ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES**

Additional Defendant(s) (if any): **#3**

D. Using the outline set forth above, identify any additional Defendant(s).

**DEFENDANT CAITLYN FIELD SCHWARZ IS EMPLOYED AS ATTORNEY WITH 8787 STATE ST.**

**EAST ST. LOUIS, IL 62203**

**YES: LAND OF LINCOLN LEGAL ASSISTANCE FOUNDATION #ARN 6312792**

DEFENDANT #4:
E. DEFENDANT JUDGE PATRICIA KIEVLAN IS EMPLOYED AS JUDGE WITH #10 PUBLIC SQUARE BELLEVILLE IL 62220
YES: ST. CLAIR COUNTY, IL. JUDGE

DEFENDANT #5:
F. DEFENDANT STACY CAMPBELL IS EMPLOYED AS ATTORNEY WITH 8787 STATE STREET E. ST. LOUIS, IL 62203
YES: LAND OF LINCOLN LEGAL ASSISTANCE FOUNDATION. ARN #6289169

DEFENDANT #6
G. DEFENDANT JUDGE JULIA GOMRIC IS EMPLOYED AS JUDGE WITH #10 PUBLIC SQUARE BELLEVILLE IL 62220
YES: ST. CLAIR COUNTY, IL. JUDGE

DEFENDANT #7

H. DEFENDANT KAHALAH CLAY IS EMPLOYED AS CIRCUIT CLERK WITH #10 PUBLIC SQUARE BELLEVILLE IL 62226

YES! ST. CLAIR COUNTY, IL CIRCUIT COURT CLERK

DEFENDANT #8

I. DEFENDANT ST. CLAIR COUNTY, IL CIRCUIT CLERKS OFFICE IS EMPLOYED AS COUNTY CIRCUIT CLERK WITH #10 PUBLIC SQUARE BELLEVILLE, IL 62226

YES! OFFICE OF THE CIRCUIT CLERK FOR ST. CLAIR COUNTY, IL.

II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☐ Yes ☒ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1. Parties to previous lawsuits: N/A
   Plaintiff(s): N/A

   Defendant(s): N/A

2. Court (if federal court, name of the district; if state court, name of the county): N/A

3. Docket number: N/A

4. Name of Judge to whom case was assigned: N/A

5. Type of case (for example: Was it a habeas corpus or civil rights action?): N/A

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

7. Approximate date of filing lawsuit: N/A

8. Approximate date of disposition: N/A

(Rev. 7/2010) 3

III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes  ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?  ☐ Yes  ☒ No

C. If your answer is YES,
   1. What steps did you take?
      N/A

   2. What was the result?
      N/A

D. If your answer is NO, explain why not.
   NOT ABLE TO BE RESOLVED AT FACILITY AS COMPLAINT IS NOT WITH CORRECTIONAL FACILITY AT LOCAL, STATE OR FEDERAL LEVEL

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?  ☐ Yes  ☒ No

F. If your answer is YES,
   1. What steps did you take?
      N/A

   2. What was the result?
      N/A

G. If your answer is NO, explain why not.
   N/A

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not
   N/A

(Rev. 7/2010)                                4

IV.  STATEMENT OF CLAIM

   A.  State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

   See Attached Statement of Claim

   Pursuant to Court Rules

STATEMENT OF CLAIM

① 

B: DEFENDANT #1                                              12-27-17

(1.) ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, FORCED MY EX-WIFE, MELISA JOAN TAYLOR, D.O.B. 11-03-1967, TO PUT OUT AN ORDER OF PROTECTION (SEE ATTACHED; EXIBIT A: PAGES 1-23) AGAINST ME. MS. TAYLOR WAS TOLD IF SHE DID NOT TAKE THIS COURSE OF ACTION, THE ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, WOULD REMOVE, AND PUT INTO STATE CUSTODY, OUR GRANDDAUGHTER, MELGAIL SUE EASTMAN, D.O.B. 09-25-2010.

(a) PLAINTIFF'S STATEMENT OF CLAIM: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

(2.) ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, FORCED MY EX-WIFE MELISA JOAN SCHROEDER D.O.B. 11-03-1967, TO DIVORCE ME, MS. TAYLOR WAS TOLD TO FILE FOR DIVORCE (SEE ATTATCHED; EXIBIT B: PAGES 1-30) AFTER BEING INFORMED BY THE ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, THAT SHE COULD NOT BE MARRIED TO A FELON, AND RECEIVE STATE AID.

(a) PLAINTIFF'S STATEMENT OF CLAIM: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

②

C. DEFENDANT #2:

(1.) JAN JOHNSON: CASEWORKER FOR THE ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, FORCED MY EX-WIFE, MELISA JOAN TAYLOR, D.O.B. 11-03-1967, TO PUT OUT AN ORDER OF PROTECTION (SEE ATTACHED EXIBIT A: PAGES 1-23) AGAINST ME. MS. TAYLOR WAS TOLD IF SHE DID NOT TAKE THIS ACTION, THE ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, WOULD REMOVE, AND PUT INTO STATE CUSTODY, OUR GRANDDAUGHTER, MELEAH SUE EASTMAN, D.O.B. 09-25-2010

(a) PLAINTIFF'S STATEMENT OF CLAIM: PERSONAL INVOLVEMENT; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

(2) JAN JOHNSON: CASEWORKER FOR THE ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, FORCED MY EX-WIFE, MELISA JOAN TAYLOR, D.O.B. 11-03-1967, TO DIVORCE ME. MS. TAYLOR WAS TOLD TO FILE FOR DIVORCE (SEE ATTACHED; EXIBIT B: PAGES 1-30) AFTER BEING INFORMED, THAT SHE COULD NOT BE MARRIED TO A FELON, AND RECEIVE STATE AID.

(a) PLAINTIFF'S STATEMENT OF CLAIM: PERSONAL INVOLVEMENT; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

(3)

D. DEFENDANT #3:
(1.) CAITLYN FIELLO SCHWARTZ: ARN #6312792. LAND OF LINCOLN LEGAL ASSISTANCE FOUNDATION FOR STATING IN EXIBIT A: PAGE 17 OF 23 THAT I AM ARMED AND DANGEROUS; AND SUICIDAL
(2) PLAINTIFF'S STATEMENT OF CLAIM: LIBEL; PERSONAL INVOLVEMENT; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

E. DEFENDANT #4:
(1.) JUDGE PATRICIA KIEULAN: ST. CLAIR COUNTY, ILLINOIS JUDGE, FOR NOT ISSUING A COURT WRIT, TO BE PRESENT FOR CASE #15-OP-798 (SEE ATTACHED: EXIBIT B: PAGES 1-23) A SUMMONS WAS ISSUED ON 09-22-2015 FOR ME TO ANSWER THE COMPLAINT. I WAS BEING HELD IN THE ST. CLAIR COUNTY ILLINOIS JAIL ON AN UNRELATED CHARGE. I WAS UNABLE TO RESPOND TO THE SUMMONS (EXIBIT A: PAGE 2 OF 23) THAT WAS ISSUED TO ME AT THE JAIL. ON OCTOBER 5, 2015, I WAS FOUND IN DEFAULT (EXIBIT A: PAGE 23 OF 23) CASE #15-OP-798 (EXIBIT A PAGE 1-23) WAS EXTENDED TO OCTOBER 5 2017 (EXIBIT A: PAGE 22) BECAUSE I FAILED TO APPEAR. CONTINUED ON NEXT PAGE.

(4)

E. CONTINUED

(a) PLAINTIFF'S STATEMENT OF CLAIM: PERSONAL INVOLVEMENT; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; VIOLATING, CONSTITUTIONAL AMENDMENTS; AMENDMENT #5; AMENDMENT #8; AMENDMENT #9; AMENDMENT #10; AND, AMENDMENT #14 SECTION 1. INCLUDING, ARTICLE #5; AND ARTICLE #8; AND DELIBERATE INDIFFERENCE

F. DEFENDANT #5:
(1) STACY CAMPBELL: ARN #6289169. LAND OF LINCOLN LEGAL ASSISTANCE FOUNDATION. FOR STATING IN EXIBIT B: PAGE 1 OF 30, THAT I HAVE BEEN GUILTY OF EXTREME AND REPEATED ACTS OF MENTAL AND PHYSICAL CRUELTY, TOWARDS MY EX-WIFE, MELISA JOAN TAYLOR D.O.B. 11-03-1967, WHICH HAS CAUSED THE IRRETRIEVABLE BREAKDOWN OF THE MARRIAGE AND ANY EFFORTS AT RECONCILIATION ARE NO LONGER POSSIBLE. I CITE THE FOLLOW- ING MEMORANDUM OF LAW: 750 ILCS 5/401 SECTION A. (1)(2) (SEE EXIBIT B: PAGE 14 OF 30)
(a) PLAINTIFF'S STATEMENT OF CLAIM: LIBEL; PERSONAL INVOLVEMENT; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

(5)

G. DEFENDANT #6:
(1) JUDGE JULIA GOMRIC: ST. CLAIR COUNTY ILLINOIS JUDGE, FOR NOT ISSUING A COURT WRIT, TO BE PRESENT FOR CASE #15-D-898 (SEE ATTACHED; EXIBIT B: PAGES 1A-30). ON 11-18-2015 AN INITIAL CASE MANAGEMENT ORDER (EXIBIT B: PAGE 1A OF 30) WAS FILED BY ST. CLAIR COUNTY, ILLINOIS JUDGE JULIE KATZ. ON 12-01-2015, I WAS SERVED A SUMMONS, (EXIBIT B: PAGE 3 OF 30) AT THE ST. CLAIR COUNTY JAIL, TO FILE AN ANSWER TO #15-D-898 (EXIBIT B: PAGES 4-5 OF 30) IN REGARDS TO THE INITIAL CASE MANAGEMENT ORDER (EXIBIT B: PAGE 1A OF 30) FOR PROVE-UP HELD ON, 01-19-2016, THAT I WAS FOUND, UNABLE TO APPEAR, DUE TO BEING INCARCERATED (EXIBIT B: PAGES 10-11 OF 30). ON 01-26-2016 (EXIBIT B: PAGE 12 OF 30) I REQUESTED TO BE PRESENT FOR THE NEXT COURT DATE OF 02-23-2016. ON 02-22-16, I AGAIN REQUESTED TO BE PRESENT FOR CASE #15-D-898 (EXIBIT B: PAGE 14 OF 30). I CITED 750 ILCS 5/104 AS WELL AS MULTIPLE CASE LOGS DATING BACK TO 1853 (EXIBIT B: PAGES 14-24 OF 30) FOR MY DEFENSE. ON 02-23-2016 I WAS FOUND IN DEFAULT, FOR NOT

CONTINUED ON NEXT PAGE

⑥

G(1) CONTINUED:

APPEARING FOR THE #15-D-898 COURT DATE. A DISSOLUTION OF MARRIAGE WAS GRANTED, FOR A MARRIAGE THAT TOOK PLACE ON 06-23-12, NOT 07-26-12, AS STATED IN (EXIBIT B: PAGE 1 OF 30 AND PAGE 26 OF 30) FOR IRRECONCILABLE DIFFERENCES.

(a) PLAINTIFF'S STATEMENT OF CLAIM: PERSONAL INVOLVEMENT; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; VIOLATING CONSTITUTIONAL AMENDMENTS; AMENDMENT #5; AMENDMENT #8; AMENDMENT #9; AMENDMENT #10; AMENDMENT #14 SECTION 1. INCLUDING, ARTICLE #5; AND ARTICLE #8; AND DELIBERATE INDIFFERENCE.

H. DEFENDANT #7.

(1) KAHALAH CLAY: ST. CLAIR COUNTY ILLINOIS CIRCUIT COURT CLERK, FOR ALLOWING CASE #15-OP-798 AND #15-D-898 (EXIBIT A: PAGES 1-23 AND EXIBIT B: PAGES 1A-30) TO BE PUT INTO EFFECT AND GRANTED, WITHOUT ME BEING ABLE TO DEFEND MYSELF, AS WELL AS, FOR NOT ISSUING A COURT WRIT, KNOWING THAT I WAS INCARCERATED AT THE ST. CL

(7)

H(1) CONTINUED:

COUNTY, ILLINOIS JAIL, TO BE PRESENT FOR CASE #15-OP-798 AND #15-D-898 (EXHIBIT A: PAGES 1-23 AND EXHIBIT B: PAGES 1A-30). ADDITIONALLY; THE CERTIFICATE OF DISSOLUTION OF MARRIAGE, INVALIDITY OR LEGAL SEPERATION (EXHIBIT B: PAGE 28 OF 30) STATES THE DATE OF MARRIAGE AS 07-26-12, NOT THE DAY WE WERE MARRIED 06-23-12. ((LINE 11a.) ON (LINE 12) THE LAST DATE THE COUPLE RESIDED IN THE SAME HOUSEHOLD STATES 07-28-15, NOT 07-23-15, THE DAY I WAS ARRESTED (I WAS RELEASED TO THE CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS ON 06-27-2016) ON (LINE 6a-6b) IT STATES THAT MY WIFE IS MELISSA C. SCHROEDER NEE TAYLOR, NOT HER LEGAL NAME OF MELISA J(OAN) SCHROEDER NEE TAYLOR. THESE DISCREPENCIES MAKE (EXHIBIT B: PAGE 28 OF 30) FRAUDULANT AND VOID.

(2) PLAINTIFF'S STATEMENT OF CLAIM. LIBEL; PERSONAL INVOLVEMENT; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; VIOLATING, CONSTITUTIONAL AMENDMENTS; AMENDMENT #5;

CONTINUED ON NEXT PAGE

(8)

H(1)(a) CONTINUED:
AMENDMENT #8; AMENDMENT #9;
AMENDMENT #10; AMENDMENT #14 (SECTION 1.
INCLUDING, ARTICLE #5; AND ARTICLE #8;
AND DELIBERATE INDIFFERENCE.

I. DEFENDANT #8
(1) ST. CLAIR COUNTY, ILLINOIS CIRCUIT CLERKS OFFICE, FOR ALLOWING CASE #15-OP-798 AND #15-D-898 (EXIBIT A: PAGES 1-23 AND EXIBIT B: PAGES 1A-30) TO BE PUT INTO EFFECT AND GRANTED, WITHOUT ME BEING ABLE TO DEFEND MYSELF, AS WELL AS, FOR NOT ISSUING A COURT WRIT, KNOWING THAT I WAS INCARCERATED AT THE ST. CLAIR COUNTY, ILLINOIS JAIL, TO BE PRESENT FOR CASE #15-OP-798 AND #15-D-898 (EXIBIT A: PAGES 1-23 AND EXIBIT B: 1A-30). ADDITIONALLY, THE CERTIFICATE OF DISSOLUTION OF MARRIGE, INVALIDITY OR LEGAL SEPERATION (EXIBIT B: PAGE 28 OF 30) STATES THE DATE OF MARRIAGE AS 07-26-12, NOT THE DAY WE WERE MARRIED 06-23-12 (LINE 11a) ON (LINE 12) THE LAST DATE THE COUPLE RESIDED IN THE SAME HOUSE HOLD STATES 07-28-15, NOT 07-23-15, THE DAY I
CONTINUED ON NEXT PAGE

I.(1) CONTINUED
   WAS ARRESTED. (I WAS RELEASED TO THE CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS ON 06-27-2016) ON (LINE 6a-6b) IT STATES THAT MY WIFE IS MELISSA C. SCHROEDER NEE TAYLOR, NOT HER LEGAL NAME OF MELISA J.(OAN) SCHROEDER NEE TAYLOR THESE DISCREPENCIES MAKE (EXIBIT B: PAGE 28 OF 30) FRAUDULANT AND VOID.
   (a) PLAINTIFF'S STATEMENT OF CLAIM. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; VIOLATING CONSTITUTIONAL AMENDMENTS; AMENDMENT #5; AMENDMENT #8; AMENDMENT #9; AMENDMENT #10; AMENDMENT #14 SECTION 1. INCLUDING, ARTICLE #5 AND ARTICLE #8; AND DELIBERATE INDIFFERENCE.

J. ADDITIONAL DISCREPENCIES;
   THE SPELLING OF MELISSA J. SCHROEDER (MELISA J.(OAN) SCHROEDER NEE TAYLOR) (EXIBIT A: PAGES 1,2,4,5,10,15,16,17,18; OF 23) (EXIBIT B: PAGES 1B,2,3,6,7,10,25; OF 30) DEFENDANT/RESPONDANT CLARENCE SCHROEDER MY MIDDLE NAME (EXIBIT A: PAGE 16 OF 23)
   CONTINUED ON NEXT PAGE

(10)

J. CONTINUED:
116 CAN KELLY CASEYVILLE, IL
(116 KING KELLY CT. CASEYVILLE, IL)
(EXIBIT A: PAGES 8, 13, 20; OF 23)
DATE OF MARRIAGE JULY 26, 2012
(ACTUAL DATE OF MARRIAGE JUNE 23, 2012)
(EXIBIT B: PAGES 1B, 26; OF 30)
GRANTING A DISSOLUTION OF MARRIAGE
BASED ON IRRECONCILABLE DIFFERENCE
(EXIBIT B: PAGE 26 OF 30) WITHOUT
ALLOWING ME TO REPRESENT OR
DEFEND MYSELF IN THE PROCEEDINGS
OF #15-D-898 (EXIBIT B: PAGES 1-30)

K. EXIBIT C
JUDGEMENT-SENTENCE TO ILLINOIS
DEPARTMENT OF CORRECTIONS
CUSTODY DATE OF 7-23-15 TO PRESENT
FILED ON JUNE 27, 2016 (340 DAYS)
EXIBIT A: PAGES 1-23 COURT DATE 10-5-15
EXIBIT B: PAGES 1A-30 COURT DATES
1-19-16 AND 2-23-16.

L. THEREFORE, I, DARREN CLARENCE SCHROEDER,
STATE THIS CLAIM.

RESPECTFULLY,

DARREN CLARENCE SCHROEDER

V.  REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

1. Punitive monetary damages awarded in the amount of fifteen thousand dollars ($15,000.00), and;
2. Compensatory monetary damages awarded in the amount of fifteen thousand dollars ($15,000.00), and;
3. Overturn St. Clair County IL case #15-OP-798 and 15-D-898, and;
4. Any other relief the court finds just and equitable.

VI.  JURY DEMAND (*check one box below*)

The plaintiff ☐ does ☒ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 12-27-17
(date)

_____
Signature of Plaintiff

2078 Illinois Route 185
Street Address

Darren Clarence Schroeder
Printed Name

Hillsboro IL 62049
City, State, Zip

Y14479
Prisoner Register Number

Pro Se
Signature of Attorney (if any)



MAIL CLEARED US MARSHALS

RECEIVED
JAN - 2 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE